IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Willie L | Case Number: 03 B 51603 |
|---|---|---|
| | Smith, Emma | Judge: Hollis, Pamela S |
| | Printed: 10/22/08 | Filed: 12/24/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 23, 2008
Confirmed: March 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,135.00 | |
| Secured: | | 22,392.31 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,244.20 |
| Trustee Fee: | | 1,437.11 |
| Other Funds: | | 61.38 |
| Totals: | 27,135.00 | 27,135.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,244.20 | 3,244.20 |
| 2. | Citibank | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 9,886.13 | 7,474.16 |
| 5. | Empire Carpeting | Secured | 200.00 | 102.00 |
| 6. | CitiFinancial Mortgage | Secured | 908.03 | 713.52 |
| 7. | Wells Fargo Financial | Secured | 14,747.03 | 10,579.67 |
| 8. | Cook County Treasurer | Secured | 1,250.54 | 965.82 |
| 9. | Citibank | Secured | 5,301.59 | 2,494.89 |
| 10. | City of Harvey | Secured | 84.82 | 62.25 |
| 11. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 12. | US Bank | Unsecured | 416.96 | 0.00 |
| 13. | Wells Fargo Financial | Unsecured | 415.45 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 50.74 | 0.00 |
| 15. | Toyota Motor Credit Corporatio | Unsecured | 172.07 | 0.00 |
| 16. | Nicor Gas | Unsecured | 37.16 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | Cingular Wireless | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Heritage Community Bank | Unsecured | | No Claim Filed |
| 23. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | $ 36,714.72 | $ 25,636.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Willie L | Case Number: 03 B 51603 |
|---|---|---|
| | Smith, Emma | Judge: Hollis, Pamela S |
| | Printed: 10/22/08 | Filed: 12/24/03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 139.17 |
| 4% | 86.60 |
| 6.5% | 274.63 |
| 3% | 49.15 |
| 5.5% | 268.31 |
| 5% | 85.15 |
| 4.8% | 130.66 |
| 5.4% | 403.44 |
| | $ 1,437.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

